In the Matter of LUCIANO P. SERPE, Petitioner, v. NEW YORK STATE PAROLE BOARD et al., Respondents.— *Per Curiam*.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum *Per Curiam*.

In the Matter of the Claim of PETER S. LABA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— STALEY, JR., J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by STALEY, JR., J.